our copy

**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213




Date: October 7, 2008

Our case # **08cv8375**
Case Name: **James Lee Walton and The Luke 14:28-29 Group, L.L.C. v. Pastor James Cymbala and The Brooklyn Tabernacle**

Dear Sir or Madam:

Enclosed is a certified copy of the civil docket sheet, for the above referenced case that is being transferred from the United States District Court S.D.N.Y. – **Eastern District of New York.** The case file can be accessed through our CM/ECF System for the Southern District of New York. Please contact Ms. Martine Jocelyn at (212) 805- 0136 and she will furnish you with a CM/ECF Login and Password.

The enclosed copy of this letter is for your convenience in acknowledging receipt of these documents.

**Court policy for USDC-SDNY states that all ECF actions require only original, manual paper filings for the initiating documents. You may access our CM/ECF website for any additional documents that your court may require for processing.**

Yours truly,

J. Michael McMahon
Clerk of Court

C. Daniec
Deputy Clerk

mro

**Fed Ex Air bill # 8651 7529 1250**

**RECEIPT IS ACKNOWLEDGED OF THE DOCUMENTS DESCRIBED HEREIN AND, ASSIGNED CASE NUMBER:**

CASE # **08 4177** ON DATE: ____________

GLEESON, J.

**GO, M.J.**

CASE TRANSFERRED OUT FORM