ECF

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:08-cv-08375-RJS
### Internal Use Only

**08 4177**

Walton et al v. Cymbala et al
Assigned to: Judge Richard J. Sullivan
Case in other court: Eastern District of Pennsylvania, 2:08-02430
Cause: 28:1332 Diversity-Breach of Contract

Date Filed: 09/30/2008
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

GLEESON, J.
GO, M.J.

**FILED CLERK 08 OCT 14 AM 10:08**

**Plaintiff**
**James Lee Walton**                represented by    **Jeffrey D. Servin**
                                                      Servin & Associates
                                                      1500 Market Street
                                                      12th Floor
                                                      Centre Square East Tower
                                                      Philadelphia, PA 19102
                                                      (215) 665-1212
                                                      Fax: (215) 654-0357
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**
**The Luke 14:28-29 Group, LLC**    represented by    **Jeffrey D. Servin**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

V.

**Defendant**
**Pastor James Cymbala**            represented by    **Matthew Aaron Hamermesh**
                                                      Hangley Aronchick Segal & Pudlin
                                                      One Logan Square
                                                      12th Floor
                                                      Philadelphia, PA 19103
                                                      (215) 568-6200
                                                      Fax: (215) 568-0300
                                                      Email: mhamermesh@hangley.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK
BY _____ DEPUTY CLERK

**Defendant**

**The Brooklyn Tabernacle**  represented by **Matthew Aaron Hamermesh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/30/2008 | 1 | CASE TRANSFERRED IN from the United States District Court - Eastern District of Pennsylvania; Case Number: 2:08-cv-2430. Original file certified copy of transfer order and docket entries received.(mbe) (Additional attachment(s) added on 10/1/2008: # 1 Doc. 2, # 2 Doc. 3, # 3 Doc. 4, # 4 Doc. 5, # 5 Doc. 6, # 6 Doc. 7, # 7 Doc. 8) (mbe). (Entered: 10/01/2008) |
| 09/30/2008 | | Magistrate Judge Theodore H. Katz is so designated. (mbe) (Entered: 10/01/2008) |
| 09/30/2008 | | Case Designated ECF. (mbe) (Entered: 10/01/2008) |
| 09/30/2008 | | Mailed letter to the United States District Court - Eastern District of Pennsylvania acknowledging receipt of their entire file, a certified copy of the transfer order and docket entries. (mbe) (Entered: 10/01/2008) |
| 10/06/2008 | 2 | ORDER TO TRANSFER, the above-captioned TRANSFERRED under 28 USC 1406(a) to the USDC for the Eastern District of New York. The Clerk is directed to transfer any files to the Eastern District of New York and to mark the case CLOSED. (copy forwarded for mailing) (Signed by Judge Richard J. Sullivan on 10/3/08) (cd) (Entered: 10/06/2008) |