UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------X
JAMES LEE WALTON and THE LUKE 14:28-29
GROUP, LLC,

                     Plaintiffs,

-against-                              **STIPULATION AND**
                                         **ORDER OF DISMISSAL**
PASTOR JAMES CYMBALA and
THE BROOKLYN TABERNACLE              **08 CIV 4177 (JG)(MDG)**

                     Defendants.
-----------------------------------------X

      **WHEREAS**, to avoid the expense and inconvenience of continued litigation and the parties having agreed to settle this action, it is

      **HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the parties that this action be discontinued with prejudice and without costs.

      **IT IS FURTHER STIPULATED AND AGREED** that for purposes of this Stipulation, facsimile signatures shall be deemed to be the equivalent of original signatures.

Dated: January 25, 2010

SERVIN & ASSOCIATES                          DUANE MORRIS LLP

By: _____                  By: _____
    Jeffrey D. Servin, Esq.                       Michael Chartan, Esq. (MC 4609)
    Attorneys for Plaintiffs                         Attorneys for Defendants
    1500 Market Street, 12th Floor              1540 Broadway
    Philadelphia, Pennsylvania 19102         New York, New York 10036
    (215) 665-1212                                 (212) 692-1000

                        SO ORDERED _____, 2010

                                     _____
                                Hon. Marilyn D. Go, U.S.M.J.

DM1\2045226.1